1
2
3
4
5
6
7
8
9
10                    UNITED STATES DISTRICT COURT
11                        EASTERN DISTRICT OF CALIFORNIA
12
13   VICTOR RODRIGUEZ,                        1:07-cv-00923-LJO-SMS (HC)
14                  Petitioner,
                                              **ORDER AUTHORIZING**
15   v.                                       **IN FORMA PAUPERIS STATUS**
16   DARREL ADAMS, Warden, et al.,
17                  Respondent.
                                        /
18
19        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus
20   pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to
21   proceed *in forma pauperis*.  The petition will be screened in due course.
22
23   IT IS SO ORDERED.
24   **Dated:    July 3, 2007**              _____**/s/ Sandra M. Snyder**_____
                                            UNITED STATES MAGISTRATE JUDGE
25
26
27
28