IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR RODRIGUEZ, | 1:07-cv-00923-LJO-SMS (HC) |
| Petitioner, | ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME |
| vs. | |
| DARREL ADAMS, | (DOCUMENT #8) |
| Respondent. | THIRTY DAY DEADLINE |

Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On October 9, 2007, Petitioner filed a motion to extend time to file his traverse. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

On August 30, 2007, Respondent filed a motion to dismiss the petition as time-barred. 28 U.S.C. § 2244(d)(1). Although Petitioner requests an extension of time to file a traverse, a traverse is only filed in response to an answer on the merits to the petition. Therefore, the Court construes Petitioner's request an extension of time to file an opposition. Petitioner is granted thirty days from the date of service of this order in which to file a response to Respondent's motion to dismiss.

////

1  IT IS SO ORDERED.

2  **Dated:   October 24, 2007**                    /s/ Sandra M. Snyder
                                                UNITED STATES MAGISTRATE JUDGE