UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VICTOR RODRIGUEZ, | ) | 1:07-cv-00923-LJO-SMS-HC |
| | ) | |
| Petitioner, | ) | **ORDER ADOPTING FINDINGS AND** |
| | ) | **RECOMMENDATION** (Doc. 12) |
| v. | ) | |
| | ) | **ORDER GRANTING MOTION TO** |
| DARREL ADAMS, Warden, | ) | **DISMISS** (Doc. 7) |
| | ) | |
| Respondent. | ) | **ORDER DIRECTING CLERK TO ENTER** |
| | ) | **JUDGMENT FOR RESPONDENT** |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On January 15, 2008, the Magistrate Judge filed Findings and a Recommendation that Respondent's Motion to Dismiss the instant Petition for Writ of Habeas Corpus for failure to state a cognizable claim and as time-barred under 2244(d)(1) be GRANTED, and the Clerk of Court be directed to enter judgment in favor of Respondent. These Findings and Recommendation were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order. To date, the parties have not filed objections to the Findings and Recommendation.

1

1 In accordance with the provisions of 28 U.S.C. § 636
2 (b)(1)(C), this Court has conducted a *de novo* review of the case.
3 Having carefully reviewed the entire file, the Court concludes that
4 the Magistrate Judge's Findings and Recommendation are supported by
5 the record and proper analysis.

6 Accordingly, IT IS HEREBY ORDERED that:

7 1. The Findings and Recommendation, filed January 15, 2008,
8 are ADOPTED IN FULL;

9 2. Respondent's motion to dismiss the instant petition for
10 writ of habeas corpus for failure to state a cognizable claim and
11 as time-barred under § 2244(d)(1), filed August 30, 2007, is
12 GRANTED; and,

13 3. The Clerk of Court enter judgment in favor of Respondent.

14 IT IS SO ORDERED.

15 **Dated:   March 6, 2008**               **/s/ Lawrence J. O'Neill**
                                           UNITED STATES DISTRICT JUDGE